UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
In re:                                              )
                                                    )
                                                    )
    NAVA Z. SHAPIRO                             )       Chapter 7
    AKA NICOLA SHAPIRO,                         )       Case No. 22-11339 (PB)
                                                    )
                                                    )
                      Debtor(s)                  )
---------------------------------------------------------------

## ORDER

A Motion for Relief from Stay (the "Motion") was filed in the above-captioned case by Leila Thanasoulis on October 13, 2022 [ECF No. 13]. A hearing on the Motion is scheduled for November 3, 2022, at 11:00 a.m.

**WHEREAS**, the deadline to respond to the Motion was Thursday, October 27, 2022, pursuant to Local Bankruptcy Rule 9006-1;

**WHEREAS**, the Debtor is in default with respect to the Motion by failing to respond to the Motion;

**WHEREAS**, on November 2, 2022, the Debtor requested that the hearing be adjourned to a later date due to a medical emergency;

**NOW, THEREFORE**, the Court extends the Debtor's time period to respond to the Motion to Thursday, November 10, 2022, and adjourns the November 3, 2022 hearing on the Motion to Thursday, November 17, 2022, at 11:00 a.m. If the Debtor fails to file a response or fails to make an appearance at the hearing, the Court may grant the Motion as unopposed.

    **IT IS SO ORDERED.**

Dated:  New York, New York
          November 2, 2022

                                                  /s/ Philip Bentley
                                                  **Honorable Philip Bentley**
                                                  **United States Bankruptcy Judge**