# Notice Recipients

District/Off: 0208−1  User: admin  Date Created: 11/2/2022
Case: 22−11339−pb  Form ID: pdf001  Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
unk    Leila Thanasoulis

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
tr     Kenneth Silverman        filings@spallp.com
aty    James H. Shenwick        jshenwick@gmail.com
aty    Kenneth Silverman        filings@spallp.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Nava Z. Shapiro         120 West 58th Street    Apartment 8B    New York, NY 10019
7974064    Leina Thanasoulis       120 West 58th Street    Apartment 88    New York, NY 10019
7974065    Nationstar Mortgage LLC    D/B/A Mr. Cooper    800 State Highway    121 Bypass, Lake Vista, 4    Lewisville TX 75067
7974066    TD Bank    90 5th Avenue,    New York, NY 10011

TOTAL: 4