Kenneth P. Silverman, Esq,
The Interim Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

NAVA Z. SHAPIRO AKA NICOLE SHAPIRO,

                      Debtor.

------------------------------------------------------------x

Chapter 7
Case No: 22-11339 (PB)

## AFFIRMATION IN SUPPORT OF MOTION
## TO DISMISS CHAPTER 7 CASE UNDER 11 U.S.C. §707(a)

      I, Kenneth P. Silverman, have been appointed by the United States Trustee to serve as the interim trustee in the above-captioned case and affirm as follows:

      1.     This affirmation is made in support of a motion (the "Motion") for an order dismissing this case pursuant to 11 U.S.C. §707(a).

      2.     On October 6, 2022, the Debtor commenced this case by filing a voluntary petition under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in this Court.

      3.     The Debtor failed to appear and submit to examination, as required by §343 of the Bankruptcy Code, at the meeting of creditors held pursuant to §341(a) of the Bankruptcy Code scheduled for November 1, 2022 and December 6, 2022.

      4.     The Debtor failed to file a Schedule A/B, Schedule C, Schedule D, Schedule E/F, Schedule G, Schedule H, Schedule I, Schedule J, a Summary of Assets and Liabilities, a Statement of Financial Affairs, a Statement of Intention and Declaration of Schedules as required under §521 of the Bankruptcy Code.

      5.     The Debtor failed to provide payment advices for the full sixty (60) days prior to his bankruptcy filing and a copy of his Federal income tax returns for the most recent tax year ending immediately before the commencement of the case, as required under §521 of the Bankruptcy Code

      6.     The Debtor's foregoing conduct constitutes cause to dismiss this case pursuant to §707(a) of the Bankruptcy Code.

Dated: Jericho, New York
       December 7, 2022.

                                                                          /s/ Kenneth P. Silverman
                                                                       Kenneth P. Silverman, Esq.
                                                                       The Interim Chapter 7 Trustee

2836066v1 / . / AN